AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ali Saadallah Belhas, et al.

              Plaintiff(s)

vs.

Moshe Ya'alon

              Defendant(s)

**APPEARANCE**

CASE NUMBER    1:05 CV 02167

To the Clerk of this court and all parties of record:

Please enter the appearance of __Jean E. Kalicki__ as counsel in this
                                      (Attorney's Name)

case for: __Moshe Ya'alon__
                    (Name of party or parties)

__12/30/05__
Date

D.C. Bar #427679
BAR IDENTIFICATION

*Jean Kalicki*
Signature

Jean E. Kalicki
Print Name

Arnold & Porter LLP
Address

555 12th St., N.W. Wash.DC 20004-1206
City     State     Zip Code

202-942-6155
Phone Number