AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Ali Saadallah Belhas, et al.

        Plaintiff(s)

vs.

Moshe Ya'alon

        Defendant(s)

**APPEARANCE**

CASE NUMBER 1:05 CV 02167

To the Clerk of this court and all parties of record:

Please enter the appearance of **Robert N. Weiner** (Attorney's Name) as counsel in this case for: **Moshe Ya'alon** (Name of party or parties)

12/30/05
Date

*(signature)*
Signature

Robert N. Weiner
Print Name

D.C. Bar #298133
BAR IDENTIFICATION

Arnold & Porter LLP
Address

555 12th St., NW, Wash., DC 20004
City     State     Zip Code

(202) 942-5855
Phone Number