**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| ALI SAADALLAH BELHAS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Case No. 1:05 CV 02167 |
| ) | |
| vs. ) | **JOINT MOTION FOR APPROVAL** |
| ) | **OF BRIEFING SCHEDULE** |
| MOSHE YA'ALON, former Head of Army ) | |
| Intelligence, Israel, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Defendant Moshe Ya'alon and Plaintiffs Ali Saadallah Belhas, Saadallah Ali Belhas, Ibrahim Khalil Hammoud, Raimon Naseeb Al Haja, Hamidah Sharif Deeb, Ali Mohammed Ismail, and Hala Yassim Khalil jointly move for the Court to enter the briefing schedule set forth in the accompanying proposed order on Defendant's threshold motion to dismiss. The Defendant is being sued for acts alleged to have been taken while he was Israel's Head of Army Intelligence. The summons directs a response to the complaint by February 13, 2006. The Defendant appears solely for the limited purpose of challenging jurisdiction and currently intends to move to dismiss pursuant to Rule 12(b) on grounds that may include, among other issues, justiciability and sovereign immunity.

Both sides believe that the extended briefing schedule is necessary. For the Defendant, the motion to dismiss will raise significant issues of law and foreign policy. The Defendant and his counsel will need to consult with various officials of the State of Israel, requiring coordination and communication across international boundaries. For

the Plaintiffs, they are all residents of Lebanon, again necessitating time for international communication and coordination.

A proposed order is attached.

Dated: January 3, 2006

                                          Respectfully submitted,

                                          S/ Robert N. Weiner
                                          Robert N. Weiner (D.C. Bar No. 298133)
                                          Jean E. Kalicki (D.C. Bar No. 427679)
                                          Matthew A. Eisenstein (D.C. Bar No. 476577)
                                          ARNOLD & PORTER LLP
                                          555 Twelfth Street, N.W.
                                          Washington, D.C. 20004-1206
                                          Tel: (202) 942-5000
                                          Fax: (202) 942-5999

                                          *Attorneys for the Defendant*

                                          S/ James R. Klimaski
                                          James R. Klimaski (D.C. Bar No. 243543)
                                          Klimaski & Associates, P.C.
                                          1819 L Street NW -- Suite 700
                                          Washington, DC 20036-3830
                                          Tel: (202) 296-5600
                                          Fax: (202) 296-5601

                                          Maria C. Lahood
                                          Jennifer M. Green
                                          William Goodman
                                          Abdeen Jabara (D.C. Bar No. 426159)
                                          Center For Constitutional Rights
                                          666 Broadway, 7th Floor
                                          New York, NY 10012
                                          Tel: (212) 614-6431
                                          Fax: (212) 614-6499

                                          *Attorneys for the Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SAADALLAH BELHAS, *et al.*,  )<br> )<br>Plaintiffs,  )<br> )<br>vs.  )<br> )<br>MOSHE YA'ALON,  )<br> )<br>Defendant.  )<br> ) | Civil Action No. 1:05 CV 02167 |

### [Proposed] **ORDER**

This matter having come before the Court on the Joint Motion For Approval of A Briefing Schedule, there being no opposition thereto, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and further ORDERED that:

1. Defendant shall serve his motion to dismiss on or before February 21, 2006.

2. Plaintiffs shall serve their opposition to defendant's motion to dismiss on or before May 15, 2006.

3. Defendant shall serve his reply in further support of his motion to dismiss on or before June 26, 2006.

SO ORDERED, this _____ day of January, 2006

_____
HON. PAUL L. FRIEDMAN
United States District Judge

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was served this 3rd day of January, 2006, via United States mail, on the following:

James R. Klimaski
Klimaski & Associates, P.C.
1819 L Street NW -- Suite 700
Washington, DC 20036-3830

Maria C. Lahood
Center For Constitutional Rights
666 Broadway, 7th Floor
New York, NY  10012

           S/ Matthew Eisenstein_____
           Matthew Eisenstein