# UNITED STATES DISTRICT COURT
## District of Columbia

Ali Saadallah Belhas, et al.

SUMMONS IN A CIVIL CASE

V.

Moshe Ya'Alon, Lt. Gen. (Ret.)
Israeli Defense Forces

CASE N~

CASE NUMBER  1:05CV02167

JUDGE: Paul L. Friedman

DECK TYPE: General Civil

DATE STAMP: 11/04/2005

TO: (Name and address of Defendant)

Moshe Ya'Alon, Lt. Gen. (Ret.)
Israeli Defense Forces
Israel

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

James R. Klimaski
Klimaski and Associates, PC
1819 L Street NW -- Suite 700
Washington DC 20036
Tel. 202-296-5600

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON             NOV 0 4 2005
_____      _____
CLERK                                  DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action
Case 1:05-cv-02167-PLF    Document 5    Filed 01/17/2006    Page 2 of 2

## RETURN OF SERVICE

Service of the Summons and complaint was made by me⁽¹⁾

DATE: DECEMBER 15, 2005

NAME OF SERVER (PRINT): JOSHUA F. RUEBNER

TITLE: GRASSROOTS ADVOCACY COORDINATOR

*Check one box below to indicate appropriate method of service*

✓ ☐ Served personally upon the defendant. Place where served: Washington Institute for Near East Policy, 1828 L Street, NW, Suite 1050, Washington, DC 20036

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
| 0 | 0 | 0 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on Dec. 16, 2005

Signature of Server: [signature]

Address of Server: 1101 Pennsylvania Ave. SE, #201, Wash. DC 20003

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.