# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SAADALLAH BELHAS, SAADALLAH ALI BELHAS, IBRAHIM KHALIL HAMMOUD, RAIMON NASEEB AL HAJA, HAMIDAH SHARIF DEEB, ALI MOHAMMED ISMAIL, and HALA YASSIM KHALIL,<br><br>    Plaintiffs,<br><br>vs.<br><br>MOSHE YA'ALON, former Head of Army Intelligence, Israel,<br><br>    Defendant. | Civil Action No. 1:05 CV 02167 (PLF)<br><br>DEFENDANT MOSHE YA'ALON'S MOTION TO DISMISS THE COMPLAINT |

Defendant Moshe Ya'alon, by and through undersigned counsel, hereby moves to dismiss the claims against him pursuant to Fed. R. Civ. P. 12(b)(1) and the political question and act of state doctrines. The reasons supporting this motion are set forth in the accompanying Memorandum of Points and Authorities. A proposed order is attached for the Court's consideration.

General Ya'alon has appeared for the limited purpose of making this threshold jurisdictional motion. Pursuant to Fed. R. Civ. P. 12(h)(2), Gen. Ya'alon expressly reserves his right to later move to dismiss the complaint for failure to state a claim under Fed. R. Civ. P. 12(b)(6), should any part of the case survive this threshold motion.

WHEREFORE, Gen. Ya'alon respectfully requests that the instant motion be GRANTED and the claims against him be DISMISSED.

Dated:   February 21, 2006        Respectfully submitted,

/s/ Robert N. Weiner

Robert N. Weiner (D.C. Bar No. 298133)
Jean E. Kalicki (D.C. Bar No. 427679)
Matthew Eisenstein (D.C. Bar No. 476577)
ARNOLD & PORTER
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for Defendant Moshe Ya'alon

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SAADALLAH BELHAS, SAADALLAH ALI BELHAS, IBRAHIM KHALIL HAMMOUD, RAIMON NASEEB AL HAJA, HAMIDAH SHARIF DEEB, ALI MOHAMMED ISMAIL, and HALA YASSIM KHALIL,<br><br>    Plaintiffs,<br><br>    vs.<br><br>MOSHE YA'ALON, former Head of Army Intelligence, Israel,<br><br>    Defendant. | Civil Action No. 1:05 CV 02167 (PLF)<br><br>DEFENDANT MOSHE YA'ALON'S MOTION TO DISMISS THE COMPLAINT |

## [Proposed] **ORDER**

This matter having come before the Court on the Motion of Defendant Moshe Ya'alon To Dismiss the Complaint, the matter having been fully briefed and argued by both sides, and good cause having been shown, it is hereby

ORDERED that the Motion is GRANTED, and the claims against Moshe Ya'alon are hereby dismissed.  Judgment shall be entered accordingly.

**SO ORDERED.**

_____
HON. PAUL L. FRIEDMAN
United States District Judge