UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SAADALLAH BELHAS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 05-2167 (PLF) |
| ) | |
| MOSHE YA'ALON, ) | |
| ) | |
| Defendant. ) | |

ORDER

On February 21, 2006, defendant filed a motion to dismiss plaintiffs' complaint. Under the rules of this Court, if a memorandum of points and authorities in opposition to a motion is not filed and served within 11 days of the date of service of the motion "or at such other time as the court may direct," the court may treat the motion as conceded. LCvR 7(b). A month has elapsed since the filing of defendant's motion, and plaintiffs have filed no response. Accordingly, it is hereby

ORDERED that, on or before March 29, 2006, plaintiffs shall file an opposition to defendant's motion to dismiss. If no opposition is filed, the Court will treat the motion as conceded and dismiss the complaint.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: March 22, 2006