UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
ALI SAADALLAH BELHAS, )
et al., )
                                     )
        Plaintiffs, )
                                     )
v. )
                                     )
MOSHE YA'ALON, )
                                     )
        Defendant )
_____)

No. 1:05-cv-2167 (PLF)

[PROPOSED] ORDER DENYING DEFENDANT'S MOTION TO DISMISS ON FOREIGN SOVEREIGN IMMUNITIES ACT, POLITICAL QUESTION, AND ACT OF STATE GROUNDS

Judith Brown Chomsky
Michael Poulshock
LAW OFFICES OF
JUDITH BROWN
CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368

Maria LaHood
Jennie Green
William Goodman
CENTER FOR
CONSTITUTIONAL
RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6434
Fax: (212) 614-6499

Jim Klimaski
KLIMASKI &
ASSOCIATES, P.C.
1819 L Street NW, 7th Floor
Washington, DC 20036
Phone: (202) 296-5600
Fax: (202) 296-5601

IT IS HEREBY ORDERED THAT defendant's motion to dismiss on Foreign Sovereign Immunities Act, political question, and act of state grounds is hereby DENIED.

Dated: _____

_____
The Honorable Paul L. Friedman
United States District Court for the
District of Columbia