UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ALI SAADALLAH BELHAS, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MOSHE YA'ALON, )<br>)<br>Defendant ) | No. 1:05-cv-2167 (PLF)<br><br>DECLARATION OF JAMES R. KLIMASKI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO DISMISS THE COMPLAINT |

Judith Brown Chomsky
Michael Poulshock
LAW OFFICES OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368

Maria LaHood
Jennie Green
William Goodman
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Phone: (212) 614-6434
Fax: (212) 614-6499

James R. Klimaski
**KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW, 7**[th] **Floor
Washington, DC 20036
Phone: (202) 296-5600
Fax: (202) 296-5601**
Bar no. 243543
Local counsel

I, JAMES R. KLIMASKI, declare and say:

1. I am an attorney of record for Plaintiffs Ali Saadallah Belhas, et al. I am an attorney licensed to practice in the District of Columbia before this Court.

2. If called upon to do so in a court of law, I could and would testify competently to the following based on my own personal knowledge and review of the files maintained by my office in connection with this matter.

3. I have reviewed the documents identified herein and am fully familiar with the facts set forth therein. Based on my own personal knowledge and on my familiarity with the pleadings and files in this action, I can state that the following identification of documents is true and accurate:

4. Attached hereto as Exhibit 1 is a true and correct copy of UN Secretary-General, Report dated 1 May 1996 of the Secretary-General's Military Adviser concerning the shelling of the United Nations compound at Qana on 18 April 1996, UN Doc. S/1996/337, 7 May 1996.

5. Attached hereto as Exhibit 2 is a true and correct copy of General Assembly Resolution, A/RES/50/22 C (April 25, 1996).

6. Attached hereto as Exhibit 3 is a true and correct copy of Derek Brown, "Gunners' cover is blown," *The Guardian* (May 11, 1996).

7. Attached hereto as Exhibit 4 is a true and correct copy of Barbara G.B. Ferguson, "US committed to peace process, Clinton assures Arab-Americans," *Saudi Gazette* (Aug. 8, 1996).

I declare under penalty of perjury and pursuant to the laws of the United States that the foregoing is true and correct.

Executed this 15th day of May 2006.

/s/
_____
James R. Klimaski
Attorney for All Plaintiffs