United Nations                                                                               A/RES/50/22



# General Assembly

Distr. GENERAL
4 December 1995
ORIGINAL:
ENGLISH

A/RES/50/22
A-B: 79th plenary meeting
4 December 1995
C: 117th plenary meeting
25 April 1996

50/22. The situation in the Middle East

A

Jerusalem

The General Assembly,

Recalling its resolutions 36/120 E of 10 December 1981, 37/123 C of 16 December 1982, 38/180 C of 19 December 1983, 39/146 C of 14 December 1984, 40/168 C of 16 December 1985, 41/162 C of 4 December 1986, 42/209 D of 11 December 1987, 43/54 C of 6 December 1988, 44/40 C of 4 December 1989, 45/83 C of 13 December 1990, 46/82 B of 16 December 1991, 47/63 B of 11 December 1992, 48/59 A of 14 December 1993 and 49/87 A of 16 December 1994, in which it determined that all legislative and administrative measures and actions taken by Israel, the occupying Power, which had altered or purported to alter the character and status of the Holy City of Jerusalem, in particular the so-called "Basic Law" on Jerusalem and the proclamation of Jerusalem as the capital of Israel, were null and void and must be rescinded forthwith,

Recalling also Security Council resolution 478 (1980) of 20 August 1980, in which the Council, inter alia, decided not to recognize the "Basic Law" and called upon those States that had established diplomatic missions at Jerusalem to withdraw such missions from the Holy City,

Having considered the report of the Secretary-General of 24 October 1995,

1.  Determines that the decision of Israel to impose its laws, jurisdiction and administration on the Holy City of Jerusalem is illegal and therefore null and void and has no validity whatsoever;

2.    Deplores the transfer by some States of their diplomatic missions to Jerusalem in violation of Security Council resolution 478 (1980), and their refusal to comply with the provisions of that resolution;

3.    Calls once more upon those States to abide by the provisions of the relevant United Nations resolutions, in conformity with the Charter of the United Nations;

4.    Requests the Secretary-General to report to the General Assembly at its fifty-first session on the implementation of the present resolution.

B

The Syrian Golan

The General Assembly,

Having considered the item entitled "The situation in the Middle East",

Taking note of the report of the Secretary-General of 24 October 1995,

Recalling Security Council resolution 497 (1981) of 17 December 1981,

Reaffirming the fundamental principle of the inadmissibility of the acquisition of territory by force,

Reaffirming once more the applicability of the Geneva Convention relative to the Protection of Civilian Persons in Time of War, of 12 August 1949, to the occupied Syrian Golan,

Deeply concerned that Israel has not withdrawn from the Syrian Golan, which has been under occupation since 1967, contrary to the relevant Security Council and General Assembly resolutions,

Noting with satisfaction the convening at Madrid of the Peace Conference on the Middle East on the basis of Security Council resolutions 242 (1967) of 22 November 1967 and 338 (1973) of 22 October 1973, with the hope that substantial and concrete progress will be achieved on the Syrian and Lebanese tracks for the realization of a just, comprehensive and lasting peace in the region,

1.    Declares that Israel has failed so far to comply with Security Council resolution 497 (1981);

    2.    Declares also that the Knesset decision of 11 November 1991 annexing the occupied Syrian Golan constitutes a grave violation of resolution 497 (1981) and therefore is null and void and has no validity whatsoever, and calls upon Israel to rescind it;

    3.    Reaffirms its determination that all relevant provisions of the Regulations annexed to the Hague Convention of 1907, and the Geneva Convention relative to the Protection of Civilian Persons in Time of War, of 12 August 1949, continue to apply to the Syrian territory occupied by Israel since 1967, and calls upon the parties thereto to respect and ensure respect for their obligations under those instruments in all circumstances;

    4.    Determines once more that the continued occupation of the Syrian Golan and its de facto annexation constitute a stumbling-block in the way of achieving a just, comprehensive and lasting peace in the region;

    5.    Demands once more that Israel withdraw from all the occupied Syrian Golan to the line of 4 June 1967 in implementation of the relevant Security Council resolutions;

    6.    Requests the Secretary-General to report to the General Assembly at its fifty-first session on the implementation of the present resolution.

C

The Israeli military attacks against Lebanon and their consequences

The General Assembly,

Having heard the statement of the President of the Lebanese Republic before the plenary on 23 April 1996,

Taking note of the letters from the Alternate Permanent Representative of Colombia to the United Nations in his capacity as Chairman of the Coordinating Bureau of the Movement of Non-Aligned Countries and from the Permanent Representative of Guinea to the United Nations in her capacity as Chairperson of the Islamic Group and on behalf of the States Members of the United Nations that are members of the Organization of the Islamic Conference,

Reaffirming the relevant Security Council resolutions on the situation in Lebanon, in particular resolution 425 (1978) of 19 March 1978,

Reaffirming also Security Council resolutions 242 (1967) of 22 November 1967 and 338 (1973) of 22 October 1973, and in particular the principles of withdrawal from the occupied Arab territories and the right of all States in the region to live in peace and security within internationally recognized

boundaries,

Bearing in mind the debate that took place at its 113th to 117th meetings, on 23, 24 and 25 April 1996, on the situation in the Middle East,

Gravely concerned at the consequences that the ongoing fighting could have for the peace and security of the region and for the furtherance of the peace process in the Middle East, and affirming its full support for that process and for the need to achieve real progress, especially on the Lebanese and Syrian track,

Gravely concerned also at all attacks on civilian targets, including residential areas, and at the loss of life and suffering among civilians,

Stressing the need for all concerned to respect fully the rules of international humanitarian law with regard to the protection of civilians, in particular the Geneva Convention relative to the Protection of Civilian Persons in Time of War of 12 August 1949,

Gravely concerned at actions that seriously threaten the safety of the United Nations Interim Force in Lebanon and impede the implementation of its mandate, in particular the incident that occurred on 18 April 1996 in which shelling resulted in heavy loss of life among civilians at a site of the Interim Force,

Taking into consideration the statement of the International Committee of the Red Cross of 19 April 1996, in which it firmly condemned the shelling of civilians who had taken refuge in an Interim Force base in the village of Qana,

Expressing concern at the bombardment of the archaeological and cultural sites and monuments in the city of Tyre, which are internationally protected, in accordance with international law and the 1954 Hague Convention for the Protection of Cultural Property in the Event of Armed Conflict, and which are considered by the United Nations Educational, Scientific and Cultural Organization to be the heritage of all mankind,

1. Calls for an immediate cessation of hostilities;

2. Supports the ongoing diplomatic efforts to this end;

3. Condemns the Israeli military attacks against the civilian population in Lebanon, especially against the United Nations base at Qana, which violate the rules of international humanitarian law pertaining to the protection of civilians, and expresses its grave concern and sorrow over the loss of lives and serious injuries to innocent men, women and children;

4. Calls upon Israel immediately to cease its military action against the territorial integrity of Lebanon and to withdraw forthwith its forces from all Lebanese territory, in conformity with Security Council resolution 425 (1978);

5. Calls for strict respect for the territorial integrity, sovereignty and political independence of Lebanon within its internationally recognized boundaries;

6. Calls upon all concerned to respect the safety and security of civilians in conformity with the rules of international humanitarian law;

7. Considers that Lebanon is entitled to appropriate redress for the destruction it has suffered and that Israel is responsible for such compensation;

8. Requests the Secretary-General to dispatch a special technical mission to the area to study and prepare, within one month's time, in cooperation with the United Nations Interim Force in Lebanon, a report on the human and material losses and damage resulting from the recent and ongoing hostilities;

9. Calls upon Member States to offer humanitarian assistance to alleviate the suffering of the population and to assist the Government of Lebanon in the reconstruction of the country, and requests the Secretary-General to ensure that the United Nations and its agencies play their part in meeting the humanitarian needs of the civilian population;

10. Also requests the Secretary-General to report to the General Assembly on the progress made in the implementation of the present resolution.