2 of 2 DOCUMENTS

Copyright 1996 Guardian Newspapers Limited
The Guardian (London)

May 11, 1996

SECTION: THE GUARDIAN FEATURES PAGE; Pg. 23

LENGTH: 2734 words

**HEADLINE:** GUNNERS' COVER IS BLOWN;
Operation Grapes of Wrath was a tactical disaster for Israel's politicians and military. But beneath the official excuses and bluster DEREK BROWN senses a new mood of vindication

**BYLINE:** Derek Brown

**BODY:**

THERE was a time, not so long ago, when Israeli soldiers bragged about "pinpoint strikes". Reporters covering Operation Grapes of Wrath from the Israeli side were encouraged to visit batteries of Israeli 155mm self-propelled guns and the sophisticated radar installations which guided the shells.

Thus, on April 17, on a bleak hilltop almost within spitting distance of the Lebanese border, a small group of us were given a brief introduction to Fire Finder, a radar clever enough to identify, precisely and almost immediately, the launching site of a Katyusha missile.

Ella, a lieutenant in her early twenties, offered a succinct explanation: "The mission objective is to find the artillery of the enemy, if it is a Katyusha or anything else. If they fire, we see a spot on our map and we get the co-ordinates of where it was fired, then we order our artillery to shoot at it."

All this, she added, happened in less than 30 seconds. Ella enjoyed her job as deputy commander of the unit; one of an elite few women in the front line. "Here you feel you are in the army, not a girl in the office or making the coffee for your officer," she said.

That was the day before Israel's state-of-the-art military machine slaughtered 102 Lebanese refugees in a United Nations camp at Qana, and the Grapes of Wrath turned sour.

It was, at the very least, a callous, cavalier cock-up. But the slather of official inconsistencies, contradictions and downright lies which followed has reinforced another view, the UN view, that the bombardment of Qana was deliberate.

From the outset, the army has insisted that what happened was "a mistake". It has been much less consistent about the nature, scale, and detail of the error.

On day one, it was said that the guns had responded to a Katyusha rocket launch some 300 yards from the UN base. Only after five days did another, more elaborate version emerge: that an Israeli patrol had come under attack by both Katyushas and mortar rounds, and that the commander, wrongly believing that some of his men had been hit, had asked urgently for artillery cover.

There was indeed Katyusha and mortar firing from near Qana on April 18. According to the UN report, by Dutch military adviser Major General Franklin van Kappen, two or three rockets were fired from a position 350 yards south-east of the Qana compound and another four or five were fired from a position 600 yards away, in the same direction.

Between five and eight mortar rounds were fired from only 220 yards south-west of the compound. They were the cause of the subsequent horror. According to the Israeli version, still being dutifully reproduced in some papers, "a couple of rounds" of return fire unfortunately overshot the target and landed in the Qana camp. Another, scarcely more credible, version is that there was an error in the map at Northern Command, which sanctioned the firing.

An Israeli artillery expert, with long experience of operations in south Lebanon, told the Guardian that in firing over hills and ridges, there was always a risk that some shells would narrowly miss the target and land some distance beyond on lower ground. That was why, he thought, two shells had hit Qana. The former officer was plainly astonished to learn that no fewer than eleven shells exploded on or above the compound and four more close by.

Moreover, according to the van Kappen report, during the six minutes or so of carnage, the weight of shelling actually shifted from the mortar-firing site, towards and into the UN compound.

Another damning feature of the UN report is its inclusion of an amateur videotape clearly showing an Israeli Remote Pilotless Vehicle (RPV) or drone aircraft, operating in the Qana area.

The tape soundtrack, which captures the sound of shelling and the RPV engine, reinforces the belief that the drone, equipped with a real-time television transmitter, was used to direct the artillery fire.

NOT so, says Israel. The RPV was directed to Qana only after first reports of civilian deaths. In the words of Lieutenant Colonel "B", the drone unit commander, "I got a message to run to Qana because something not good had happened in that area."

The Israeli army which vehemently denied having a drone in the Qana area until the existence of the UN video was revealed, belatedly showed some of the pictures it recorded, allegedly after the event. One of the images was particularly striking: a powerful zoom in on the main compound, which showed black smoke and vivid flames billowing out of a building. That picture, Lt Col "B" insisted, was recorded at precisely 2.30pm.

That is, 17 minutes after the last shell landed on Qana. And yet the tape shows no human activity of any kind in the compound. No survivors trying to escape. No wounded being aided. No stretchers. No fire-fighting. No sign at all, beyond the column of smoke and fire, that more than 100 people have just been blown to bits or incinerated.

On and on go the contradictions. Senior officers say they had no idea that up to 800 refugees had sought shelter at Qana. And yet Unifil, the UN force in Lebanon, had announced a few days after the start of the operation that 6,000 refugees had entered its compounds, of which the Fijian battalion headquarters at Qana was one of the biggest and longest established.

"The fact that civilians are evacuated from the villages into UN facilities was known to us from the second day of the operation," said the head of army intelligence, Major General Moshe Ya'alon, seven days after the Qana massacre. "In the intelligence wing there was no discussion of whether there were two or six hundred civilians in Qana . . . The relevant question is, was it correct to open fire in such circumstances?"

An even more relevant question might be, does the Israeli military establishment really care about civilian casualties? Minimising them, no doubt. Avoiding public relations disasters like Qana, certainly. But causing them?

From the start, it was clear that Operation Grapes of Wrath aimed to dislodge the Hizbullah guerrillas from towns and villages, which the frustrated Israeli gunners could not target under the terms of the 1993 understanding to avoid hitting civilians.

Even before the first serious shooting, the deputy defence minister, Ori Or, told Israeli television that action must be taken that "will cause the Hizbullah and the government of Lebanon to take responsibility for the lives of Lebanese residents . . . A situation in which residents of Nabatiah and the residents of villages provide a shield for Hizbullah activity is insufferable".

As Israel could not drive the guerrillas from their home villages, the villagers were driven from the guerrillas. Pre-emptory evacuation orders were issued. Those who ignored them, said Israel, were putting their own lives at risk.

The risk was real enough. Within days, Apache assault helicopters were in action, obliterating houses and cars, as the shells rained steadily. An ambulance was destroyed with two women and up to four children inside. Israeli intelligence, unable to see several hundred refugees in Qana, said instantly that the ambulance was carrying a wanted Hizbullah fighter.

Within a week, as the death toll mounted, up to 400,000 refugees had streamed out of south Lebanon towards the uncertain safety of the north. Israel was adamant that Hizbullah was to blame, just as it was to blame for Qana.

Operation Grapes of Wrath was a military failure. Throughout the 16-day bombardment, Katyusha missiles continued to fall upon northern Israel. Hizbullah remains more or less intact. The ceasefire hastily cobbled together by US

Secretary of State Warren Christopher to extricate Israel from its post-Qana diplomatic plight, offers little beyond the 1993 understanding that civilians should not be targeted.

Yet in Israel there is little sense of the futility of the exercise, let alone remorse. This is how two of the most respected journalists in the land summed it up, in the popular daily Yedioth Ahronoth:

"Between 50 to 80 terrorists were killed in the operation. That is more than Israel manages to wipe out in one year. There were no casualties to the Israeli side. Two were severely wounded, and dozens more were sent home from hospital. The price to Israel was mainly economic. All in all, aside from the horror at Kfar Kana (sic), it was a deluxe operation."

For an even cruder view of a crude little war which killed up to 200 people, there is the comment of an army gunner, in the Jerusalem weekly, Kol Ha'ir. He said: "It's a war. In a war these things happen . . . It's just a bunch of

Arabs."

THE few laments which have been heard about Grapes of Wrath, have mostly concerned Israel's failure to eliminate Hizbullah, or drive a harder ceasefire bargain. Prime minister Shimon Peres - still consistently though narrowly ahead in the opinion polls in the run-up to general elections on May 29 - has hardly been damaged.

Yet there are voices of dissent, among them Arieh Shavit writing in the daily Ha'aretz. His analysis of what happened at Qana will no doubt be dismissed by the more ardent conspiracy theorists as yet another excuse for Israel. But it is more damning, and more damnable, than any amount of military fumbling with the truth.

He wrote of Grapes of Wrath: "We did not kill all these people in a fit of hot passion. Not from Messianic extremism and not in nationalist ecstatic fervour. We killed them incidentally . . . How easily we killed them, without shedding a tear. Without establishing a commission of inquiry. Without filling the streets with protest demonstrations. It would seem that we have grown up quite a lot, as this time we shot and didn't cry.

"We killed them with a kind of yuppie efficiency.We believe with absolute certitude that right now, with the White House in our hands, the Senate in our hands and the New York Times in our hands, the lives of others do not count in the same way as our own. "

**LOAD-DATE:** May 12, 1996