Copyright 1996 Moneyclips (GCC) Ltd.
Moneyclips

August 8, 1996

**LENGTH:** 387 words

**HEADLINE:** US committed to peace process, Clinton assures Arab-Americans

**BYLINE:** By Barbara G.B. Ferguson, Saudi Gazette Correspondent

SAUDI GAZETTE

**BODY:**
WASHINGTON, Aug. 7: ARAB-American leaders received assurances from President Clinton today that his Administration's commitment to the Mid-east peace process remains strong, that UN resolution 986 will soon be implemented to help starving people in Iraq, and that the nation's silence on the Israeli bombing of Qana would never happen again.

The group of 20 prominent Arab-Americans briefed journalists following their meeting with the president and members of the National Security Council. Jim Zogby, President of the Arab-American Institute, told journalists that, for the first time ever, there is a "regular, ongoing dialogue between this administration and Arab Americans." Zogby stressed this was because Arab Americans are finally becoming "important players" in American politics, and that there are Arab Americans who are recognised leaders in both the Democratic and Republican parties."

Zogby said the meeting had been anything but a "lovefest," with the president and that the group had asked "tough questions" on the Mid-east peace process, the situation in Lebanon, the Qana bombing in Lebanon, about the stalled UN resolution 986 in regarding oil for medical supplies in Iraq, US welfare reform on legal immigrants and the general thrust of anti-immigrant sentiments in the bill.

The president, who they could not quote directly, indicated he was appalled about the bombing in Qana, and suggested the US silence on the bombing was only due to an effort by the administration not to disrupt the chances of former Israeli prime minister Shimon Peres re-election. Clinton also expressed tremendous concern about the Palestinians' dire economic situation in the occupied territories.

Those who attended the meeting were uniform in their praise for the president's interest and understanding. "The president was direct and frank in his response, and he showed great understanding and sensitivity" about the issues they discussed, Zogby said.

**LOAD-DATE:** August 16, 1996