UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

_____
                                )
ALI SAADALLAH BELHAS,           )
et al.,                         )
                                )
      Plaintiffs,             )   No. 1:05-cv-2167 (PLF)
                                )
    v.                         )
                                )   NOTICE OF INTENT TO RAISE
                                )   ISSUE OF FOREIGN LAW
MOSHE YA'ALON,                  )   UNDER FEDERAL RULE OF
                                )   CIVIL PROCEDURE 44.1
      Defendant               )
_____)

Judith Brown Chomsky
Michael Poulshock
LAW OFFICES OF
JUDITH BROWN
CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
Phone: (215) 782-8367
Fax: (215) 782-8368

Maria LaHood
Jennie Green
William Goodman
CENTER FOR
CONSTITUTIONAL
RIGHTS
666 Broadway, 7th
Floor
New York, NY 10012
Phone: (212) 614-6434
Fax: (212) 614-6499

Jim Klimaski
KLIMASKI &
ASSOCIATES, P.C.
1819 L Street NW, 7th
Floor
Washington, DC  20036
Phone: (202) 296-5600
Fax: (202) 296-5601

2

Pursuant to Federal Rule of Civil Procedure 44.1, plaintiffs HEREBY GIVE NOTICE of their intent to raise issues of Israeli law, including whether the defendant, Moshe Ya'alon, was acting within the scope of his lawful authority during his participation in the events giving rise to this lawsuit.

Dated: May 15, 2006

/s/
_____
Jim Klimaski
Attorney for All Plaintiffs