**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

SAADALLAH ALI BELHAS,
et al.,

                **Plaintiffs,**

     v.

MOSHE YA'ALON,

                **Defendant.**

**Civil Action No. 1:05-CV-2167 (PLF)**

**NOTICE OF SUPPLEMENTAL AUTHORITY
IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Plaintiffs seek to bring to the Court's attention the Ninth Circuit's August 7, 2006 decision in *Sarei v. Rio Tinto, PLC*, ___ F.3d _____, 2006 WL 2242146 (9th Cir. 2006) ("Rio Tinto" or "Op."), *reversing Sarei v. Rio Tinto, PLC*, 221 F. Supp. 2d 1116 (C.D. Cal. 2002). *Rio Tinto* is relevant to issues raised in Defendant's pending motion to dismiss, as the Court decided political question and act of state issues in the context of claims brought under the Alien Tort Statute (ATS), 28 U.S.C. § 1350. A copy of the decision in *Rio Tinto* is attached for the Court's convenience.

The Ninth Circuit addressed the political question doctrine at *6-*10. In its analysis of the first factor set forth in *Baker v. Carr*, 369 U.S. 186 (1962), the Court reaffirmed that "the resolution of claims brought under the ATCA has been constitutionally entrusted to the judiciary." *Id.* At *6 (citing *Alvarez-Machain*, 331 F.3d 604, 615 n.7 (9th Cir. 2003) (citing

*Kadic*, 70 F.3d 232, 249 (2d Cir. 1995))).  With respect to *Baker* factors four, five and six related to interference with a coordinate branch, the Court found that "[e]ven if the continued adjudication of this case does present some risk to the Bougainville peace process, that is not sufficient to implicate the final three *Baker* factors...." *Id.* at *9.  The Court addressed the act of state doctrine at *10-*12, finding that allegations of jus cogens violations "cannot constitute official sovereign acts," and therefore such claims had been erroneously dismissed under the act of state doctrine. *Id.* at *11.

Dated:  August 9, 2006

Respectfully submitted,

/s/

_____
James R. Klimaski, #243543
Klimaski & Associates, P.C.
1819 L Street NW
Suite 700
Washington DC  20036-3830
202-296-5600

Judith Brown Chomsky
LAW OFFICES OF JUDITH BROWN CHOMSKY
P.O. Box 29726
Elkins Park, PA 19027
(215) 782-8367
(215) 782-8368 (fax)
jchomsky@igc.org

***Counsel for Plaintiffs***