**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Ali Saadallah Belhas, *et al.*,**

**Plaintiffs,**

**v.**

**Moshe Ya'alon, Lt. Gen. (Ret.),**
**Israeli Defense Forces,**

**Defendant.**

**Civil Action 05-2167 (PLF)**

**MOTION OF JUDITH B. CHOMSKY**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Judith B. Chomsky, in conjunction with undersigned sponsoring counsel, moves this Court for permission to appear *pro hac vice* in the above-captioned case. An email address — jchomsky@igc.org — is provided for her inclusion on the Court's Case Management and Electronic Case Filing (CM-ECF) notifications for this case. In support of this motion, Ms. Chomsky provides her declaration including the information sought in LCvR 83.2(d).

Respectfully submitted,

August 16, 2006

/s/

JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202) 296-5601 Fax
Klimaski@klimaskilaw.com

MARIA C. LaHOOD
JENNIFER M. GREEN

WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
(212) 614-6499 Fax
mlahood@ccr-ny.org

JUDITH BROWN CHOMSKY
MICHAEL POULSHOCK
LAW OFFICES OF JUDITH B. CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
(215) 782-8368 Fax
jchomsky@igc.org
mpoulshock@gmail.com

SUSAN M. AKRAM
Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
(617) 353-3148
sakram@gbls.org

***Counsel for Plaintiffs***