UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELHAS, et al.,<br><br>        Plaintiffs,<br>v.<br><br>MOSHE YA'ALON,<br><br>        Defendant. | Civil Action No. 1:05-cv-02167-PLF |

## DECLARATION OF JUDITH B. CHOMSKY

I, Judith B. Chomsky ("Applicant"), hereby declare under penalty of perjury to the following:

1. Request for Admission: Applicant is a sole practitioner with an office in Elkins Park, Pennsylvania, and requests permission to participate in this action as counsel for plaintiffs.

2. Name and Address of Applicant's Law Firm:

    Judith Brown Chomsky
    PO Box 29726
    Elkins Park, PA 19027
    Telephone:   (215) 782-8367
    Facsimile:   (215) 782-8368

3. Bar Admissions: Applicant is a member of the Supreme Court of Pennsylvania and New Jersey and is also admitted to practice before each of the following courts:

    Eastern District of Pennsylvania
    New Jersey District Court
    United States Court of Appeals, Second Circuit
    United States Court of Appeals, Third Circuit
    United States Court of Appeals, Ninth Circuit
    United States Court of Appeals, Eleventh Circuit
    United States Supreme Court

4.  <u>Certification of Good Standing</u>: Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association. She is a member in good standing of the Bar of Pennsylvania (Bar No. 21537) and the Bars of the federal courts set forth above. She has never been held in contempt, censured, suspended, disbarred, or subjected to any disciplinary investigation by any court or bar. Except that: in Doe <u>v. Unocal CV 96-6959</u>, by order dated January 28, 1998 the Court imposed a $950.00 fine on her for violation of Rule 11. The Court ruled that she failed to give proper direction and supervision for the preparation of declarations that were to be submitted to the Court; in <u>United States v. Elizabeth Anna Duke</u> by order of the court she was held in contempt for refusing to testify about or produce a letter from Elizabeth Anna Duke, a client of her officemate. The order was upheld on appeal after which applicant purged. There are no pending disciplinary proceedings against the Applicant.

5.  <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6.  <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 21 day of May, 2006.

*Judith B. Chomsky*
Judith B. Chomsky