THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Ali Saadallah Belhas,** *et al.,*<br><br>    Plaintiffs,<br><br>  v.<br><br>**Moshe Ya'alon, Lt. Gen. (Ret.),**<br>    **Israeli Defense Forces,**<br><br>    Defendant. | Civil Action 05-2167 (PLF) |

## MOTION OF MICHAEL POULSHOCK
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Michael Poulshock, in conjunction with undersigned sponsoring counsel, moves this Court for permission to appear *pro hac vice* in the above-captioned case. An email address — mpoulshock@gmail.com — is provided for his inclusion on the Court's Case Management and Electronic Case Filing (CM-ECF) notifications for this case. In support of this motion, Mr. Poulshock provides his declaration including the information sought in LCvR 83.2(d).

                                                          Respectfully submitted,

August 16, 2006
                                                      /s/
                                          JAMES R. KLIMASKI (#243543)
                                          KLIMASKI & ASSOCIATES, P.C.
                                          1819 L Street NW – Suite 700
                                          Washington, DC 20036-3830
                                          (202) 296-5600
                                          (202) 296-5601  Fax
                                          Klimaski@klimaskilaw.com

                                          MARIA C. LaHOOD
                                          JENNIFER M. GREEN

WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
(212) 614-6499 Fax
mlahood@ccr-ny.org

JUDITH BROWN CHOMSKY
MICHAEL POULSHOCK
LAW OFFICES OF JUDITH B. CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
(215) 782-8368 Fax
jchomsky@igc.org
mpoulshock@gmail.com

SUSAN M. AKRAM
Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA  02215
(617) 353-3148
sakram@gbls.org

*Counsel for Plaintiffs*