UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BELHAS, et al.,<br><br>    Plaintiffs,<br>v.<br><br>MOSHE YA'ALON,<br><br>    Defendant. | Civil Action No. 1:05-cv-02167-PLF |

## DECLARATION OF MICHAEL POULSHOCK

I, Michael Poulshock ("Applicant"), hereby declare under penalty of perjury to the following:

1. <u>Request for Admission</u>: Applicant is an employee of a firm with an office in Elkins Park, Pennsylvania, and requests permission to participate in this action as counsel for plaintiffs.

2. <u>Name and Address of Applicant's Law Firm</u>:

    Law Offices of Judith Brown Chomsky
    PO Box 29726
    Elkins Park, PA 19027
    Telephone:   (215) 782-8367
    Facsimile:   (215) 782-8368

3. <u>Bar Admissions</u>: Applicant is a member of the Supreme Court of Pennsylvania.

- 4 -

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. He is a member in good standing of the Bar of Pennsylvania (Bar No. 200942). He has never been held in contempt, censured, suspended, disbarred, or subjected to any disciplinary investigation by any court or bar. There are no pending disciplinary proceedings against the Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has not been admitted *pro hac vice* in this Court within the last two years.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this District, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 31 day of May, 2006.

*[signature]*
Michael Poulshock

- 4 -