UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| SAADALLAH ALI BELHAS, et al., <br> Plaintiffs, <br><br> v. <br><br> MOSHE YA'ALON, <br><br> Defendant. | Civil Action No. 05-2167 (PLF) <br><br> PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR CLASS CERTIFICATION |

Plaintiffs, by and through undersigned counsel, hereby move to defer the time for filing a motion for class certification. The reasons supporting this Motion are set forth in the accompanying Memorandum of Points and Authorities. A proposed Order is attached. Wherefore, plaintiffs request that the Court grant plaintiffs until a time agreed to at the Local Rule 16.3 conference and approved by the Court.

Pursuant to Local Civil Rule 7(m), Plaintiffs have contacted opposing counsel, who did not consent to the Motion.

Dated: September 29, 2006                               Respectfully submitted,

                                                        /s/
                                                        JUDITH BROWN CHOMSKY
                                                        Law Offices of Judith Brown Chomsky
                                                        P.O. Box 29726
                                                        Elkins Park, PA 19027
                                                        (215) 782-8367
                                                        (215) 782-8368 (fax)
                                                        jchomsky@igc.org

      /s/
JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202) 296-5601  Fax
Klimaski@klimaskilaw.com

***Counsel For Plaintiffs***

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SAADALLAH ALI BELHAS, et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 05-2167 (PLF) |
| v. | ) ) | [PROPOSED] ORDER REGARDING PLAINTIFFS' MOTION FOR |
| MOSHE YA'ALON, | ) ) ) | ENLARGEMENT OF TIME TO FILE MOTION FOR |
| Defendant. | ) ) | CLASS CERTIFICATION |

This matter having come before the Court on the Motion of Plaintiffs to enlarge the time for filing a motion for class certification, the matter having been briefed and good cause having been shown, it is hereby:

ORDERED that the Motion is GRANTED and Plaintiffs are granted leave to file a motion for class certification at a time agreed to at the Local Rule 16.3 conference and approved by the Court.

Date: _____

_____
PAUL L. FRIEDMAN
United States District Judge