UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SAADALLAH BELHAS, et al. ) | Civil Action No. 1:05 CV 2167 (PLF) |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | |
| ) | |
| MOSHE YA'ALON, former Head of Army ) | |
| Intelligence, Israel, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S RESPONSE TO PLAINTIFFS' MOTION FOR ENLARGEMENT OF TIME TO FILE MOTION FOR CLASS CERTIFICATION**

Defendant Moshe Ya'alon contends that the Court lacks jurisdiction to hear this case, and has appeared for the limited purpose of litigating that issue. Therefore, General Ya'alon is not in a position to opine on the timing of non-jurisdictional motions.

Dated: October 3, 2006

Respectfully submitted,

/s/ Robert N. Weiner
Robert N. Weiner (RW 5542)
Jean E. Kalicki (JK 4845)
Matthew A. Eisenstein (ME 7709)
ARNOLD & PORTER LLP
555 Twelfth Street, N.W.
Washington, D.C. 20004-1206
Tel: (202) 942-5000
Fax: (202) 942-5999

Attorneys for Defendant Moshe Ya'alon