UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ALI SAADALLAH BELHAS, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 05-2167 (PLF) |
| MOSHE YA'ALON, | ) ) ) | |
| Defendant. | ) ) | |

ORDER

For the reasons explained in the separate Opinion issued this same day, it is hereby

ORDERED that defendant's motion [6] to dismiss is GRANTED; it is

FURTHER ORDERED that this case is dismissed for lack of subject matter jurisdiction under Rule 12(b)(1) of the Federal Rules of Civil Procedure; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

\_\_/s/_____
PAUL L. FRIEDMAN
DATE: December 14, 2006        United States District Judge