## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALI SAADALLAH BELHAS, et al.,       )<br>           )<br>           )<br>         Plaintiffs,  )<br>           )<br>     v.           )<br>           )<br>MOSHE YA'ALON,   )<br>           )<br>         Defendant  )<br>           ) | No. 1:05-cv-2167 (PLF) |

### NOTICE OF APPEAL

Notice is hereby given that all Named Plaintiffs, on behalf of themselves and all others similarly situated in the above-named case, hereby appeal to the United States Court of Appeals for the District of Columbia the final judgment entered in this action on December 14, 2006.

Respectfully submitted,

January 12, 2007

_____
JAMES R. KLIMASKI (#243543)
KLIMASKI & ASSOCIATES, P.C.
1819 L Street NW – Suite 700
Washington, DC 20036-3830
(202) 296-5600
(202)296-5601  Fax
Klimaski@klimaskilaw.com

JUDITH BROWN CHOMSKY
LAW OFFICES OF JUDITH BROWN CHOMSKY
PO Box 29726
Elkins Park, PA 19027
(215) 782-8367
jchomsky@igc.org

MARIA C. LAHOOD
JENNIFER M. GREEN
WILLIAM GOODMAN
ABDEEN JABARA (# 426159)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
(212) 614-6430
mlahood@ccr-ny.org

SUSAN M. AKRAM
Associate Professor
Boston University School of Law
765 Commonwealth Avenue
Boston, MA 02215
(617) 353-3148
sakram@gbls.org

*Counsel for Plaintiffs*