### THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Ali Saadallah Belhas, *et al.,* | |
| **Plaintiffs,** | |
| v. | Civil Action 05-2167 (PLF) |
| Moshe Ya'alon, Lt. Gen. (Ret.), Israeli Defense Forces, | |
| **Defendant.** | |

### NOTICE OF CHANGE OF ADDRESS
### FOR PLAINTIFFS' LOCAL COUNSEL
### KLIMASKI & ASSOCIATES, P.C.

Effective this date, the Clerk will please update the Court's records and databases with the new address for Plaintiffs' Local Counsel, James R. Klimaski, Lynn I. Miller, and Klimaski & Associates, P.C.:

James R. Klimaski
Lynn I. Miller
Klimaski & Associates, P.C.
1625 Massachusetts Avenue NW
Suite 500
Washington, DC  20036-2001

The firm's phone, fax, and individual email addresses remain the same as before.

Phone: 202-296-5600
Fax: 202-296-5601
Emails:    Klimaski@Klimaskilaw.com
                 Miller@Klimaskilaw.com

Respectfully submitted,

August 28, 2007                       __/s/  James R. Klimaski_____
                                                     James R. Klimaski, #243543
                                                     Lynn I. Miller, #941559

Klimaski & Associates
1625 Massachusetts Avenue, NW
Suite 500
Washington, DC 20036-2001
(202) 296-5600

***Local Counsel for Plaintiffs***

---

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Plaintiff's **NOTICE OF CHANGE OF ADDRESS FOR PLAINTIFF'S COUNSEL KLIMASKI & ASSOCIATES, P.C.** was served through the Court's CM/ECF Automatic Electronic Notice system on August 28, 2007, to the following counsel for Defendant:

Arnold & Porter
Robert N. Weiner
Jean E. Kalicki
Matthew A. Eisenstein
555 12th Street NW
Washington  DC   20004-1206


  _/s/   Jon Pinkus_
Jon Pinkus
Klimaski and Associates, P.C.