# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 07-7009**

ALI SAADALLAH BELHAS ET AL.,
                    APPELLANTS

v.

MOSHE YA'ALON, FORMER HEAD OF ARMY INTELLIGENCE ISRAEL,
                    APPELLEE

**September Term, 2007**



UNITED STATES . . . . APPEALS
FOR DISTRICT OF . . . . . . CIRCUIT

FILED    FEB 1 5 2008

CLERK

Appeal from the United States District Court
for the District of Columbia
(No. 05cv02167)

Before: SENTELLE and HENDERSON, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*.

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause is hereby affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

MANDATE
Pursuant to the provisions of Fed. R. App.Pro.41(a)

ISSUED:

BY:                          Deputy Clerk

ATTACHED:    ___ Amending Order
             ___ Opinion
             ___ Order on Costs

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Michael C. McGrail
Deputy Clerk

Date: February 15, 2008

Opinion for the court filed by Chief Judge Sentelle.
Concurring opinion filed by Senior Circuit Judge Williams.